## Groff Estate.

Argued April 28, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Roland Fleer,* with him *Waters, Fleer, Cooper & Gallagher,* for appellant.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, October 12, 1971:
Decree affirmed. Costs on the estate.